269UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**XIANCAI CHEN,**

**Plaintiff,**

**v.** **Case No. 6:26-cv-967-CEM-RMN**

**SECRETARY, DEPARTMENT OF HOMELAND SECURITY and ACTING UNITED STATES ATTORNEY GENERAL,**

**Defendants.**
______________________________/

**ORDER**

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal without prejudice (Doc. 12). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 13, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party